IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SANTA IGNACIA CARCAMO-ROBLES, #10711-509,** § § § | | |
| MOVANT, § | | |
| § | | |
| V. § | **CASE NO. 3:22-CV-01087-E-BK** | |
| § | **(CRIMINAL NO. 3:20-CR-00185-E-10)** | |
| **UNITED STATES OF AMERICA,** § | | |
| RESPONDENT. § | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of the United States magistrate judge. The petitioner filed no objections. The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and has found none. **IT IS THEREFORE ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Moreover, considering the record in this case, the Court **DENIES** a certificate of appealability. The Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation filed in this case in support of its finding that the Movant has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the [movant] states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

(*Signature Page Follows*)

**SO ORDERED**

SIGNED this 22nd day of May, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE